IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHARLES EDWARD NAYLOR                                         PETITIONER

VS.                                            CIVIL ACTION NO. 2:19-cv-37-KS-LGI

PELICIA HALL                                                  RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation [17] of the United States Magistrate Judge entered herein on January 21, 2022, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [17] be, and the same hereby is, adopted as the finding of this Court, and the Petition [1] is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __29th___ day of March, 2022.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE